

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 19, 2024

SO ORDERED

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

JUL 2 2 2024

The initial conference is scheduled for August 13, 2024, at 11:30 a.m.
Time is excluded until that time pursuant to the Speedy Trial Act

*George B. Daniels*
HON. GEORGE B. DANIELS

Re:   **United States v. Roger Alexis Canadell Reyes, et al., 22 Cr. 258 (GBD)**

Dear Judge Daniels:

Yesterday, defendants Roger Alexis Canadell Reyes, Hugo De La Cruz Obregon, and Jaime Hernan Velasquez Hernandez were presented and arraigned before Magistrate Judge Lehrburger.

The parties have conferred and respectfully propose setting an initial pretrial conference on August 13, 2024 after 11:00 a.m., if convenient for the Court.

The Government respectfully moves to exclude Speedy Trial time until August 13, 2024 in order to for the Government to prepare discovery, for the defense to review the discovery, and for the parties to discuss any pretrial disposition of the case. *See* 18 U.S.C. § 3161(h)(7). All defense counsel consent to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Alexander Li
Assistant United States Attorney
(212) 637-2265

Cc:  All counsel of record (by ECF)