UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

Roger Alexis Canadell Reyes,

             Defendant.

------------------------------------x

ORDER

22 Crim. 00258 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The parties in the above-captioned matter shall appear before this Court for a change of plea hearing on February 11, 2025 at 11:00 a.m.

Dated: February 10, 2024
       New York, New York

SO ORDERED.

*signature*

GEORGE B. DANIELS
United States District Judge